UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK G. EYRE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:22-CV-196-FL |
| WILLIAM M. WARREN | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 1, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to prosecute.

**This Judgment Filed and Entered on June 1, 2023, and Copies To:**
Mark G. Eyre (via US mail) 141 S. College Road, Ste. 11 PMB 2006, Wilmington, NC 28403

June 1, 2023                    PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk